CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/11/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANDREA YVONNE WADE,<br><br>          *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>          *Defendant*. | CASE NO. 6:17-cv-00042<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' cross motions for summary judgment (dkts. 11, 13), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 15, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on August 20, 2018, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment, (dkt. 11), be denied, and the Commissioner's Motion for Summary Judgment, (dkt. 13), be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

  Accordingly:

  1. The Report of August 20, 2018, is hereby **ADOPTED** in its entirety;

  2. Plaintiff's Motion for Summary Judgment, (dkt. 11), is hereby **DENIED**; and

  3. Defendant's Motion for Summary Judgment, (dkt. 13), is hereby **GRANTED**.

  The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

  It is so **ORDERED**.

Entered this  11th  day of September, 2018.

                                              NORMAN K. MOON  
                                              SENIOR UNITED STATES DISTRICT JUDGE